**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

LYNN JONES,

Plaintiff,

v.

DAVOL INC. and C.R. BARD, INC.,

Defendants.

CA 07 190 ML

Civil Action No.: ____________

**NOTICE OF REMOVAL**

Defendant Davol Inc. ("Davol) and Defendant C.R. Bard, Inc. ("Bard"), by their undersigned counsel, hereby remove the above-captioned matter from the Superior Court of Rhode Island, Providence County, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendants respectfully state:

1. Plaintiff filed this action in Rhode Island Superior Court, Providence County, on or about May 15, 2007. Neither Bard nor Davol have been served with a copy of the Complaint or any state process.

2. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendants have satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a) and 1441.

met where from "the nature of the claims in the underlying suit, it is apparent that the amount-in-controversy could well exceed $75,000").

WHEREFORE, Defendants respectfully remove this action from the Superior Court of Rhode Island, Providence County, to this Court pursuant to 28 U.S.C. §§ 1332(a) and 1441.

Date: May 23, 2007

Respectfully submitted,

BY: ______________________________

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
Mnugent @morrisonmahoney.com
Trobinson@morrisonmahoney.com

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

ATTORNEYS FOR DEFENDANTS
C.R. BARD, INC. AND DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, a true and correct copy of the foregoing Notice of Removal was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Donald Migliori
Motley Rice
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067

*via electronic notice & first-class, postage prepaid, mail*