# B

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

| | | |
|---|---|---|
| LYNN JONES,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC. and C.R. BARD, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 07-2534 |

**TO:** Donald Migliori
Motley Rice
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067

**Counsel for Plaintiff**

COUNSEL:

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the District of Rhode Island ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on May 23, 2007. A copy of this notice is on file with the District Court. The Superior Court of Rhode Island may proceed no further unless or until this case is remanded.

Date: May 23, 2007

Respectfully submitted,

BY: ______________________

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420
Mnugent@morrisonmahoney.com
Trobinson@morrisonmahoney.com

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

ATTORNEYS FOR DEFENDANTS
C.R. BARD, INC. AND DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, a true and correct copy of the foregoing document was served via first class, postage prepaid, mail to

Donald A. Migliori
Motley Rice
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067

______________________