**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LYNN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-190L |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant C.R. Bard, Inc. and Defendant Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: May 24, 2007

Respectfully submitted,

BY: /s/ Mark T. Nugent
/s/ Thomas M. Robinson
Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

ATTORNEYS FOR DEFENDANTS C.R. BARD, INC. AND DAVOL INC.

636075v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2007, a true and correct copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Donald A. Migliori
Motley Rice
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067

*via first-class, postage prepaid, mail*

/s/ Thomas M. Robinson