**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LYNN JONES**

vs.

**C.R. BARD, INC. and**
**DAVOL, INC.**

**C.A. NO. 07-190ML**

**CERTIFICATION OF STATE COURT RECORDS**

Pursuant to Local Rule 36(b) and General Order 2003-01, the defendants C.R. Bard, Inc., and Davol, Inc., hereby submit a certified copy of the entire State Court docket as attached and incorporated by reference to this certification.

**C.R. BARD, INC., and DAVOL, INC.,**
By Their Attorneys,

**MORRISON MAHONEY LLP**

Mark T. Nugent (#2637)
Thomas M. Robinson (#6193)
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Of Counsel:
Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**CERTIFICATION**

I hereby certify that on the 24th day of May 2007, a copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's EFC system. Service of the same has been made upon the following via first class mail, postage prepaid, to:

Donald A. Migliori, Esq.
Motley Rice, LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940



636181v1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2534 LYNN JONES V DAVOL INC

Filing Date: 05-17-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 05-23-2007

Plaintiff: LYNN JONES
ID: @10905847

Attorney: DONALD MIGLIORI

Defendant: DAVOL INC
ID: @10905848
Defendant: C R BARD INC
ID: @10905849

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-17-2007 | COMPLAINT FILED | |
| 05-17-2007 | INITIAL FILING FEE | |
| 05-17-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP248849. |
| 05-23-2007 | NOTICE OF REMOVAL | Affiliated: DAVOL INC |
| 05-23-2007 | CASE REMVD TO US DISTRICT CT | DISTRICT COURT # CA 07 190<br>Affiliated: DAVOL INC |
| 05-23-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island