**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LYNN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER** |
| | ) | |
| **DAVOL, INC. and C.R. BARD, INC.,** | ) | **1:07-CV-00190-ML-DLM** |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S EMERGENCY MOTION TO REMAND**

Comes now the Plaintiff, who moves this Honorable Court to remand this case back to the Rhode Island Superior Court, Providence County, Case No. PC-07-2534 ("State Court") because this Court should decline to exercise federal removal jurisdiction as there is no federal question of law related to Plaintiff's claims against the Defendants and Defendants are attempting to subvert the judicial system through a hyper-technical and bad faith removal of a properly filed Rhode Island State Court action. Specifically:

(1) Davol, Inc. ("Davol") is a Rhode Island resident and citizen for the purpose of determining jurisdiction as its principle place of business is the state of Rhode Island;

(2) Defendant Davol is a properly joined (and not fraudulently joined) party as a matter of law;

(3) Defendants are attempting, in bad faith, to remove this case to Federal Court in spite of the fact that Davol's primary place of business is locally situated within the jurisdiction of the State Court action;

(4) both Defendants, C.R. Bard, Inc. ("Bard") and Davol, are represented by identical counsel and as such, Davol received constructive notice of the State Court action on May 22, 2007, prior to filing this improvident and bad faith based removal on May 23, 2007;

(5) within the past three months, Defendants, and currently listed Counsel for both, have already been served on seven other Rhode Island Superior Court actions, alleging exceptionally similar allegations to the current State Court action, filed by this Plaintiff's identical counsel and all of these lawsuits are pending, unremoved, in the Rhode Island Superior Court, Providence County.

Respectfully submitted,

/S/ Donald A. Migliori

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Jon C. Conlin
Craig P. Niedenthal
Ernest Cory
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Fred Thompson, III
Rhett D. Klok
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792

Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

Teresa C. Toriseva
Nancy Wilkins
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV
304-238-0066
304-238-0149 FAX

Edward Wallace
Mark Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602
312-346-2222
312-346-0022 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2007, a true and correct copy of Plaintiff's Emergency Motion to Remand was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF System. Service of same has been made upon the following in the manner listed below:

Mark T. Nugent
Thomas M. Robinson
Morrison Mahoney, LLP
121 South Main St., Ste. 600
Providence, RI 02903
Via first class postage prepaid, mail

/S/ Donald A. Migliori