**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LYNN JONES<br><br>Plaintiff,<br><br>vs.<br><br>DAVOL INC., and C.R. BARD, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: CA 07-190ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants C.R. Bard, Inc. and Davol Inc. hereby move that Kirby T. Griffis be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

C.R. Bard, Inc. and Davol Inc.
(Defendants)
/s/ Mark T. Nugent
By: Mark T. Nugent
Bar ID No.: 2637
MORRISON MAHONEY LLP
121 S. Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660

DATED: June 6, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the District of Columbia Court of Appeals, admitted in 1997 and the Virginia Supreme Court, admitted in 1995. In addition, I have been admitted to the U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. District Court for the Eastern District of Virginia, U.S. District Court for the Western District of Virginia, and the U.S. District

Court for the Central District of Illinois. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months:

(A) On March 23, 2007, Judge Lisi granted a motion allowing me to appear *pro hac vice* in *Montiel et al v. Davol, Inc. et al.*, Civ. Action No. 1:07-cv-00064-ML-DLM.

(B) On this day, June 6, 2007, Motions for Admission Pro Hac Vice are being filed simultaneously on my behalf in *Tompkins v. Davol Inc., et al.*, Civ. Action No. 1:07-cv-00191 (J. Lisi, presiding), and *Jones v. Davol Inc., et al.*, Civ. Action No. 1:07-cv-00190 (J. Lisi, presiding).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the

participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Kirby T. Griffis VA Bar ID #39342
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (facsimile)

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Mark T. Nugent

Mark T. Nugent

Mark T. Nugent R.I. Bar ID #2637
Morrison Mahoney LLP
121 S. Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660
(401) 351-4420 (facsimile)

---

**ORDER**

This motion is hereby ____________________________

____________________
Lisi, J.

Date:

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Admission *Pro Hac Vice* has been filed through the ECF system, and will be sent electronically to all registered participants. I further certify that paper copies will be sent to any counsel who are not able to receive electronic copies.

/s/ Mark T. Nugent

Mark T. Nugent