**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LYNN JONES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:07-cv-00190-ML-DLM |
| DAVOL, INC., and C.R. BARD, INC. | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Lynn Jones hereby move that Ernest Cory be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Lynn Jones
(Plaintiffs)

**/s/ Donald A. Migliori**

By: Donald A. Migliori
Bar ID No.: 4936
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
(401) 457-7700

DATED:

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Alabama Supreme Court of the State of Alabama, U.S. District Court, Northern District of Alabama, U.S. District Court, Middle District of Alabama, U.S. District Court, Southern

District of Alabama, U.S. District Court, Northern District of Indiana, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of a serious crime as outlined in LR Gen 204 and as defined by LR Gen 213 (a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and others of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion of other parties in the case.

**/s/ Ernest Cory**

Ernest Cory (#2279)
CORY, WATSON, CROWDER &
DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896 FAX

---

I certify that I have read and join the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

**/s/ Donald A. Migliori**

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
(401) 457-7700
(401) 457-7708 FAX

---

**ORDER**

This motion is hereby ____________________________________

________________________
Lisi, J.
Date: